**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Manuel Pupo-Leyvas, | No. CV 07-1032-PHX-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Mark A. Bezy, | |
| Defendant. | |

Currently before the Court is a Stipulated Motion from the parties requesting an Order from this Court extending the deadline for Defendant to file his responsive pleading until 30 days after the Court rules on the Motion to Transfer Venue which was filed contemporaneously with the pending motion, and extending the deadline for Plaintiff to file his Response to Defendant's Motion to Transfer Venue until January 18, 2007. Having considered the parties' Stipulated Motion for Extensions of Time (Doc. 9), and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the parties' Stipulated Motion for Extensions of Time (Doc. 9).

**IT IS FURTHER ORDERED** extending the deadline for Defendant to file his responsive pleading until 30 days after the Court rules on the Motion to Transfer Venue.

**IT IS FURTHER ORDERED** extending the deadline for Plaintiff to file his Response to Defendant's Motion to Transfer Venue until January 18, 2007.

DATED this 18th day of December, 2007.

Stephen M. McNamee
United States District Judge