UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

IN RE: LITIGATION IN THE           )
TERRE HAUTE DIVISION               )

**CLERK'S NOTICE OF CHANGE OF MAILING ADDRESS**

Please take notice that the mailing address for the Terre Haute Division of the United States District Court for the Southern District of Indiana, including the Clerk's Office, has changed. Effective August 24, 2009, the mailing address is the following:

U.S. District Court
921 Ohio Street
Terre Haute, IN  47807

The above address, *precisely as given above,* must be used in order for mail to be delivered to the Terre Haute Clerk's Office.[1]

Thank you for your attention to the above.

This Notice is being issued and placed on the docket in all pending cases on the criminal and civil dockets of the Terre Haute Division as of September 16, 2009, and will be issued upon the filing of each new civil case in the Terre Haute Division for a period of 60 days.

Date:  September 16, 2009

Laura Briggs, Clerk
United States District Court

---

[1]The Court facilities have also moved to the above address.