**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

|  |  |
|---|---|
| MANUEL PUPO-LEYVAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 2:08-cv-00207-RLY-WGH |
| v. ) | |
| ) | |
| MARK A. BEZY, ) | |
| in his individual and official capacity ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

The Court, having considered the Plaintiff Pupo-Leyvas' Motion to Amend the Case Management Plan and Extend Time, finds Plaintiff's Motion is well taken.  Therefore, the Court hereby amends the Case Management Plan applicable to this action as follows:

1. Expert disclosures and reports will be exchanged on or before <u>January 1, 2010</u>.

2. Final witness and exhibit lists will be exchanged on or before <u>March 1, 2010</u>.

SO ORDERED this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT